IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>DIVINE N. NYIAWUNG,<br>   Debtor<br><br><br>DIVINE N. NYIAWUNG,<br>   Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF EDUCATION,<br>   Defendant. | Case Number: 22-40639-MXM<br><br>(Chapter 7)<br><br><br><br><br><br>Adv. No. 23-04036-MXM |

**<u>AGREED JUDGMENT</u>**

Upon consideration of the Complaint (ECF No. 1) and the Stipulation for Entry of Agreed Judgment filed by the parties (ECF No. 23), as well as the consent of the parties as evidenced by their signatures below, it is therefore

ORDERED, ADJUDGED AND DECREED that the student loan debt owed by Divine N. Nyiawung to the Department of Education is dischargeable pursuant to 11 U.S.C. § 523(a)(8), and is hereby DISCHARGED.

### END OF JUDGMENT ##

AGREED TO CONTENT AND FORM:


LEIGHA SIMONTON
Acting United States Attorney

    */s/ Dawn Whalen Theiss*
Dawn Whalen Theiss
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8628
Facsimile: 214-659-8807
dawn.theiss@usdoj.gov
Attorneys for United States
Department of Education



*/s/ Kenneth L. Neeley*
Kenneth L. Neeley
NEELEY LAW
*Attorneys for Plaintiff*

*/s/ Kyle Schumacher*
Kyle Schumacher
Josh Lane
Schumacher Lane PLLC
NEELEY LAW
*Co-Counsel for Plaintiff*